Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovative Sports Management, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Omar Ruben Bizaro, et al., <br><br> Defendants. | CASE NO. 8:12-cv-01991-TJH-PLA <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS OMAR RUBEN BIZARO and ROXANNA BIZARO, individually and d/b/a EMPANADA MAN, and EMPANADA MAN, INC., an unknown business entity d/b/a EMPANADA MAN [JS-6] |

    **IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendants OMAR RUBEN BIZARO and ROXANNA BIZARO, individually and d/b/a EMPANADA MAN, and EMPANADA MAN, INC., an unknown business entity d/b/a EMPANADA MAN, that the above-entitled action is hereby dismissed **with prejudice** against OMAR RUBEN BIZARO and ROXANNA BIZARO, individually and d/b/a EMPANADA MAN, and EMPANADA MAN, INC., an unknown business entity d/b/a EMPANADA MAN.

**IT IS SO ORDERED**:

_____   Dated: March 25, 2014 _____
**The Honorable Terry J. Hatter, Jr.**
**United States District Court**
**Central District of California**

STIPULATION OF DISMISSAL
«CaseNo»
PAGE 1